IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS WAYNE BOWLIN                                                                    PLAINTIFF

v.                             Civil No. 14-5351

SERGEANT MORSE                                                                         DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*.

Plaintiff was incarcerated in the Washington County Detention Center (WCDC) when he filed this case. Plaintiff was specifically advised (Doc. 3) that he had the duty to immediately notify the Court of any changes in his address.

On November 14, 2014, an order (Doc. 4) was entered directing the Plaintiff to complete and return an addendum to his complaint. The addendum was to be filed by November 28, 2014. To date, Plaintiff has not filed the addendum.

On January 9, 2015, mail was returned to the Court as undeliverable with a notation that Plaintiff was no longer at the WCDC. On January 13, 2015, mail was again returned to the Court as undeliverable. The Court has not had a valid address for the Plaintiff since January of 2015.

I therefore recommend that this case be dismissed based on Plaintiff's failure to comply with the orders of this Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file**

-1-

**timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of March, 2015.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**